Kenneth MOATS, Sr., Plaintiff–Appellant,

v.

WEST VIRGINIA DEPARTMENT OF TRANSPORTATION, Division of Highways, f/k/a West Virginia Department of Highways, a Corporation; Commissioner Paul Mattox, Jr.; Raymond Duke Tackett; Jean Friend; Neal Jay Hamilton; Judge Phillip Gaujot; Chief Judge Russell Clawges, Jr.; Chad Lawthuer; James E. Strickling, Defendants–Appellees.

No. 14–1946.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.

Kenneth Moats, Sr., Appellant Pro Se. John Michael Hedges, Teresa Jean Lyons, Hedges Lyons & Shepherd, Morgantown, West Virginia, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Moats, Sr., appeals the district court's order granting his request that the case be voluntarily dismissed. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *See Moats v. West Va. Dep't of Transp.*, No. 1:14–cv00135–IMK–JSK (N.D.W.Va. Sept. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*